**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Edward Kobe, | Civil No. 06-3439 (RHK/RLE) |
| Plaintiff, | |
| v. | |
| Canadian National Railway Company, a Canadian corporation, d/b/a The Duluth, Winnipeg and Pacific Railway, and The Duluth, Winnipeg and Pacific Railway Company, a domestic corporation, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

Based upon the Stipulation of Dismissal With Prejudice, **IT IS HEREBY ORDERED** that the above-captioned is dismissed on the merits and with prejudice, but without costs to any party. The Court retains jurisdiction for sixty (60) days for the sole purpose of reopening the case and only for good cause shown.

Dated: September 27, 2007

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge